AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

ROSE GORDON

                    Plaintiff,                    JUDGMENT IN A CIVIL CASE
        V.
                                        CASE NUMBER: **3:08-cv-00200-LRH-RAM**

MARK ADAMS and
  AMANDA ADAMS,

                    Defendants.


  **XX**  **Decision by Court.** This action came to be considered before the Court.  The issues
         have been considered and a decision has been rendered.


        **IT IS THEREFORE ORDERED** that Judgment is hereby entered in accordance with
Order filed and entered on June 18, 2010, Court Docket **(#84)**;  plaintiff's motion to re-tax costs
(Doc. #71) is GRANTED in-part and DENIED in-part.

        **IT IS FURTHER ORDERED** that Defendant is entitled to $3,643.05 in costs as the
prevailing party in this action.


Lance S. Wilson                                    July 28, 2010
_____                    _____
Clerk                                              Date